UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUJUD MURIBY,<br><br>          Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | C18-1477 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Pursuant to the stipulation between plaintiff Nujud Muriby and defendant Wells Fargo Bank N.A. ("Wells Fargo"), docket no. 10, the deadline for Wells Fargo to file a responsive pleading or motion is EXTENDED to December 14, 2018.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 29th day of November, 2018.

                                                       William M. McCool
                                                   Clerk

                                                   s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1