UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUJUD MURIBY,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | C18-1477 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion, docket no. 24, filed by plaintiff Nujud Muriby and defendant Wells Fargo Bank, N.A. ("Wells Fargo") is GRANTED as follows. Plaintiff and Wells Fargo having resolved their dispute, plaintiff's claims against Wells Fargo are DISMISSED with prejudice and without costs. No judgment will be entered. Plaintiff's claims against defendant Experian Information Solutions, Inc. remain pending.

(2) The Clerk is DIRECTED to terminate Wells Fargo as a defendant and to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of June, 2019.

                                                  William M. McCool
                                                  Clerk

                                                  s/Karen Dews
                                                  Deputy Clerk