UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NUJUD MURIBY,<br><br>              Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendant. | C18-1477 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and extend related deadlines, docket no. 26, is GRANTED in part and DENIED in part as follows. The deadline for completing discovery is EXTENDED from November 4, 2019, to December 5, 2019. The motion is otherwise denied. All other dates and deadlines, including the dispositive motions filing deadline of December 5, 2019, and the trial date of February 24, 2020, which are set forth in the Minute Order entered January 30, 2019, docket no. 21, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of October, 2019.

                                                        William M. McCool
                                                        Clerk

                                                        s/Karen Dews
                                                       Deputy Clerk

MINUTE ORDER - 1